NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

R. M. B.,                                                )
                                                         )
          Appellant,                                     )
                                                         )
v.                                                       )          Case No.  2D19-2439
                                                         )
STATE OF FLORIDA,                                        )
                                                         )
          Appellee.                                      )
                                                         )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Polk
County; Melissa Gravitt, Judge.

Howard L. Dimmig, II, Public Defender,
and Stephania A. Gournaris, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin-
Schomaker, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, BLACK, and SLEET, JJ., Concur.